## TOWNSHIP BOARD OF FINANCE OF LEXINGTON TOWNSHIP v. SMITH ET AL.

[No. 9,440. Filed December 21, 1916.]

From Jefferson Circuit Court; *John McGregor*, Judge.

*Noble Hays*, for appellant.
*Perry E. Bear*, *Bernard Korbly* and *Willard New*, for appellees.

PER CURIAM.—From a judgment in favor of appellee, "The Lexington Bank," appellant appeals. Judgment affirmed.

---

## THE CLEVELAND, CINCINNATI, CHICAGO AND ST. LOUIS RAILWAY COMPANY v. WISE, ADMINISTRATOR.

[No. 9,704. Filed December 29, 1916.]

From the Marion Superior Court (80,406); *John J. Rochford*, Judge.

Action between The Cleveland, Cincinnati and St. Louis Railway Company and Thomas Wise, administrator of the estate of Thomas F. Wise, deceased. From a judgment for the latter, the former appeals. *Transferred to Supreme Court.*

*Isaac Carter*, for appellant.
*George W. Galvin*, for appellee.

PER CURIAM.—This cause being submitted to the entire court and four judges not concurring in the result, the case is hereby transferred to the Supreme Court under §15 of the act approved March 12, 1901, Acts 1901 p. 565, §1399 Burns 1914.